UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHRISTIAN PRESSLEY,

    Plaintiff,
 v.

              Case No. 2021CV000148

JASON WALKER, and
CITY OF SOUTH MILWAUKEE,

    Defendants.

---

## CERTIFICATE OF SERVICE

---

STATE OF WISCONSIN )
          ) ss
MILWAUKEE COUNTY )

  I, the undersigned, hereby certify that I am an employee of Gunta Law Offices, S.C. and on December 1, 2021, e-mailed via Electronic Service, a true and correct copy of the following documents:

  1. Defendants' Reply Memorandum in Support of their Motion for Summary Judgment;
  2. Defendants' Brief in Opposition to Plaintiff's Motion for Leave to File an Amended Complaint.

  To *pro se* plaintiff, Christian Pressley, at the following address:

    Christian Pressley - cdpressley@cdpressley.com

  Dated at Wauwatosa, Wisconsin, this 1st day of December, 2021.

              By: */s/ Kyle R. Moore*
                  Kyle R. Moore

Subscribed and sworn to before me
This 1st day of December, 2021.

*/s/ Ann C. Wirth*
Notary Public, State of Wisconsin
My commission is permanent.