UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHRISTIAN D. PRESSLEY,

    Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**

Case No. 21-cv-148-pp

CITY OF SOUTH MILWAUKEE
and JASON WALKER,

    Defendants.

---

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint is **DISMISSED**.

    **THE COURT ORDERS** that the defendants' motion for summary judgment is **GRANTED**. Dkt. No. 60.

    **THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 31st day of March, 2024.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk